# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARLENE THOMPSON, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 18-CV-4491 |
| : | |
| PHILADELPHIA PARKING : | |
| AUTHORITY, : | |
|     Defendant. : | |

## ORDER

AND NOW, this 24th day of October, 2018, upon consideration of Plaintiff Marlene Thompson's Motion for Leave to Proceed *In Former Pauperis* (ECF No. 1), and her *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for the reasons set forth in the Court's Memorandum.

4. Ms. Thompson is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event she can cure the defects noted in the Court's Memorandum by stating plausible claims within the Court's jurisdiction. Any amended complaint shall be a complete document that identifies all the defendants in the caption and describes the basis for Ms. Thompson's claims against each defendant. The amended complaint must include all the claims that Ms. Thompson seeks to pursue without relying on or referring to her initial Complaint. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to provide Ms. Thompson with a blank copy of this Court's current form complaint for a plaintiff filing an employment discrimination lawsuit bearing the civil action number for this case. Ms. Thompson may use this form to file her amended complaint and, if she requires additional space, may attach additional pages to account for additional allegations.

6. If Ms. Thompson fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

S/Gene E.K. Pratter
**GENE E.K. PRATTER, J.**